1)

The St. Clair Twelve:
Cameron Belk Sr.,

21-1253-NJR

Plaintiffs: Derek Burton, Michael Anderson, Brandon Thrower, David N. Hatcher, John Durost, Benjamin Ingram, Hannibal Hagan, ~~Jeffrey Abert~~, Lucas Schmerbauch, Chad Saso, Walter Payton, Marcus Tunstall

Defendants- Mayor of Belleville, Belleville Police Chief, Belleville Police Detective(s), Mayor of Mascoutah, Mascoutah Police Chief, Belleville Parole Department, Mayor of East St. Louis, Detective L. Martin, East St. Louis Police Detective(s) East St. Louis Parole Office Supervisor(s), Illinois Prisoner Review Board, St. Clair County Sheriff Richard Watson, St. Clair County Jail Correctional Staff, State of Illinois, Director of Illinois Department of Corrections, Ill. Secretary of State, IDOC Corrections Staff, St. Clair County States Attorney
( In their Individual and Official Capacities )

Now comes Plaintiffs praying this Honorable Court will hear their complaint. All Illinois Sex Offenders are required to register under 730 ILCS 150/3 - Duty to Register

Complaint: ( Plaintiffs bring Lawsuit under 42 U.S.C. § 1983 )

1) Plaintiffs whom are mostly Registered Sex Offenders (RSO's) continue to have their rights violated by defendants. Plaintiff and other RSO's are subjected to illegal and unconstitutional Laws/Ordinances which violate their 1st, 5th, 8th, 14th, and possibly other Amendment rights.

2) Plaintiffs and other RSO's are subjected to illegal Ex Post Facto ordinances and laws that are designed solely to harrass and punish RSO's to the point that they can't sustain residence or gainful employment and thus create high percentage rates for incaration, and recidivism

3) Defendants conduct illegal, harrassment surveillance of RSO's without warrants or cause, at their residences and places of employment. This is a well entrenched harrassment policy and designed plan to cause undue interruption of Liberty to RSO's.

4) These actions meet the criteria of "Hate Crime" as defined by 720 ILCS 5/12-7.1 in that defendants motivation is to harrass, entrap, and restrict or deny liberty of a vulnerable person or group of persons, namely Sex Offenders, by illegal and unconstitutional written and unwritten targeted discrimination practices

5) Defendants are committing criminal acts that violate RSO's guaranteed Constitutional rights and manifests prejudice against a defined group of people.

2)

6) RSO's should be identified as a particular group with like disabilities, of which defendants target to intentionally deprive them of Constitutionally guaranteed freedoms.

Claim -

7) Defendants have enacted malicious and vindictive laws ordinances which are designed to punish RSO's, subjecting them to further conditions which constitute double jeopardy and violate first, fourth, fifth, eighth, and fourteenth amendment guaranteed rights under the U.S. Constitution

8) These Law/Ordinances target a protected group with disabilities.' (e.g. Belleville Illinois has a city ordinance that denies RSO's residence within 1500 feet of a school, park, or child care facility, where Illinois State Law sets limits at 500 feet)

9) Punitive Laws/Ordinances restrict RSO's rights to Liberty, essentially leaving them on Lifelong Parole which is Punishment and a Constitutional Violation.'

1) Restricts RSO's access to Recreation, and Relaxation in Parks

2) Unneccesarily restricts RSO's housing/residence rights

3) Groups all RSO's into 1 Basic Category

4) RSO's only class mandated to register with Law Enforcement within 3 days of annual Registration Date

5) RSO initial and annual registration fee of $100 is biased and punitive

6) RSO's yearly Drivers License Renewal Requirement is biased, punitive, and economically oppressive

7) RSO's restriction from living in the same apartment building is biased

8) The more an indigent homeless, RSO can't comply, the more restrictions Illinois Law and defendants place on him/her to force Violations! (e.g. Report weekly if homeless to law enforcement)

9) Laws and Ordinances invite and exact "Double Jeopardy"; States Attorney's impose excessive bail

Individual Claims -

10) Defendants, City of Belleville, Mayor of Belleville, Belleville Police Department, Belleville Police Detectives, Belleville Parole Department, St. Clair County Sheriff Richard Watson, etc. - St. Clair County States Attorney.

11) Developed and enforced written and unwritten laws, and or ordinances that are punitive, malicious, vindictive, onerous, and unconstitutionally restrictive as part of a well designed policy to target Registered Sex Offenders. This is a well planned "Hate Crime"!!

11)cont. This Group of Defendants engaged in the following at least 2010 to present:

1) Illegal warrantless Harrassment and Surveillance of RSO's

2) Misrepresentation of "Failure To Register"

3) Created an illegal Housing Ordinance directed solely to deny RSO's from obtaining housing. (e.g. Enforced illegal City Ordinance where RSO's are restricted from living 1500 feet from Schools, Parks, Day Care Facilities etc, when State of Illinois Law sets distance limits/restrictions at 500 feet in 720 ILCS 5/11 - 9.3)

4) Enforce illegal 1 day temporary domicile restrictions

5) Harrassment, Bullying, and intimidation of RSO's

6) Informed Probation and Non-Probation RSO clients who had no curfew that they were away from home too long daily, attempting to create illegal intense probation/restriction of RSO's

7) Bullied RSO's minor family members into video taped hearsay Statements without Parental consent

8) Created and enforced unwritten policies that were designed to solely discriminate against those accused of Sex Crimes

9) Created and enforced unwritten policies designed to delay or deny medical care and other requests made by those accused of Sex Crimes

10) Developed policies and practices meant solely to harrass and deny RSO's of Constitutionally guaranteed and basic human dignity

11) Discussed particular aspects of RSO's cases/crimes with employers, fellow employees, and RSO's extended family members.

12) Made RSO's sit for several hours to register and sometimes told to return another day to register

13) Purposefully, falsely/incorrectly complete RSO paperwork

14) Detectives, Officers, Probation/Parole Officers come to RSO's place of employment in what appears to be full military gear to embarass RSO's

15) Inform other offenders of those charged with Sex Offenses

16) Target Sex Offense cases with excessive bail, subjecting them (SO's) to cruel and unusual punishment at St. Clair County Jail. Bonds are set by St. Clair County States Attorney

4)

12) Mascoutah Police Department, Mascoutah Chief of Police, Mayor of Mascoutah
   1) Establish policies and practices meant solely to harrass RSO's at their residences and places of employment
   2) Visit RSO's places of employment and threaten Supervisors and owners with legal action if they don't remove RSO's from work schedules
   3) Make RSO's sit for hours to register, then make them return another day
   4) Tell RSO's whom are exposed to Covid-19, or test positive for Covid-19 to wait until after Quarantine period or negative test result then nefariously charge RSO's with "Failure to Register" for late registration


13) Illinois Secretary of State —
   1) Prejudiciously require RSO's to renew Drivers License yearly. This is the only group required to do so!
   2) This is another biased and punitive Law meant solely to punish RSO's and to cause financial strain.
   3) This is a minotinous Law as RSO's residence is verified at a minimum, yearly by Illinois State Police, Local Police, County Police and School/University Police.
   4) This Law/Policy is solely designed as an punitive, economic collection pot against a vulnerable person or group of persons, namely RSO's, making it illegal, biased, and not able to constitutionally stand.

14) Illinois Prisoner Review Board —
   1) Assign Blanket Restrictions/Conditions to RSO's which have nothing to do with their crime
   2) RSO's are the only group to be electronically monitored for the duration of their MSR. This is an Ex Post Facto Punitive measure for a targeted group
   3) Do not adequately reply to or act on RSO's complaints of miscalculated MSR or Sentence time

5)

15) East St. Louis Police Department, East St. Louis Mayor, Detective L. Martin, etc. —
   1) Consistantly as a designed policy and practice, violate 48 hour
     Questioning hold rules for those charged with Sex Offenses.
     Which violates 4th Amendment rights of a vulnerable,
     targeted group.
   2) Make RSO's sit for hours to Register, and sometimes
     told to return another day

16) East St. Louis Parole Office Supervisor —
   1) Does not reply or act adequately on RSO's complaints of
     miscalculated Mandatory Supervised release

17) State of Illinois, Director of Illinois's Department of Corrections, IDOC Staff
   1) Deny Sex Offenders any Premium Jobs
   2) Deny Sex Offenders most job assignments
   3) Deny Sex Offenders Extra Good time without Mandatory
     Sex Offender classes which are highly subjective and
     allow extreme instructor bias to achieve completion approval.
     Sex Offenders are the only targeted group with such mandate
   4) Denied any school Good Time
   5) Prejudicial and biased treatment from Correctional Staff
   6) Does not reply or act adequately on Sex Offenders
     complaints of miscalculated MSR or Sentence time
   7) Prison Counselors show extreme bias towards sex Offenders
     and show no interest in assisting them with Parole
     Plans, locating Halfway Houses, access to any resources for
     acceptable alternative Sex Offender Housing, cause Sex
     Offenders to stay in Prison past Parole release dates
     whereas some have completed their entire Parole in
     Prison. This is a well designed plan and policy to
     add extra punishment to a vulnerable, targeted group,
     which is Sex Offenders. This is a "Hate Crime".
   8) Show extreme indifference towards RSO's whom
     are fortunate enough to be released on MSR.
   9) Openly share Sex Offender Crimes with other offenders/prisoners
     to invite assaults/attacks.

18) Registration Comparisons -

1) 730 ILCS $148/10$ - Arsonist Duty to Register
   10 days to report Change of Address
   10 days to report Change in School or Employment
   Registration Requirement - 10 yrs
   $10 Initial Registration fee, $5 Annual Registration Fee

2) 730 ILCS $154/10$ Child Murderer and Violent Offender against youth
   5 days to report Change of Address
   5 days to report change in School or Employment
   Registration Requirement - 10 yrs
   $20 Initial Registration Fee, $10 Annual Registration Fee

3) 730 ILCS $150/3$ Sex Offender Registration
   3 days to report Change of Address
   3 days to report Change in School or Employment
   Registration Requirement - 10 yrs to Life
   $100 Initial Registration Fee, $100 Annual Registration Fee

4) These 3 registration comparisons highlight the great
   disparity and "Punitive", targeted biased requirements
   that are only mandated for RSO's.
   a) 14th Amendment -
      All persons born or naturalized in the United States
      and subject to the jurisdiction thereof, are citizens of
      the United States and of the State wherein they reside.
      No State shall make or enforce any law which shall
      abridge the privileges or immunities of citizens of the
      United States; nor shall any State deprive of life, liberty,
      or property, without due proccess of law; nor deny to any
      within its jurisdiction the equal protection of the laws!

5) Current Sex Offender Laws and Ordinances enforced by
   defendants clearly violate RSO's 14 Amendment rights,
   in their prejudicial and biased, targeted application

7)

19) Under 730 ILCS 5/3-6-3(4.6) The rules and regulations on sentence credit shall also provide that a prisoner who has been convicted of a sex offense as defined in Section 2 of the Sex Offender Registration Act [730 ILCS $^{15}$/₂] shall recieve no sentence credit unless he or she either has successfully completed or is participating in sex offender treatment as defined by the Sex Offender Mangement Board. However, Prisoners who are waiting to recieve treatment, but who are unable to do so solely to the lack of resources on the part of the Department may, at the Director's sole discretion, be awarded sentence credit at a rate as the Director shall determine. This is a "Hate Crime"

1) 730 ILCS 5/3-6-3(4.6) as many other Sex Offender Statutes unfairly targets a vulnerable group, namely Sex Offenders with a biased, harrassing, and punitive policy that other Prisoners/Offenders are not subjected to! Most Prisoners/Offenders can only lose sentence credit, Good Time, Extra Good Time, or School Good Time as the result of punishment from a Disciplinary Board Hearing due to Disciplinary Infractions Sex Offenders recieve "Extra Punishment" as a result of biased Laws, Statutes, Policies, once their case is ajudicated in court. This is a well planned, conspired effort, by defendants and others to exact "Hate Crimes" on vulnerable Sex Offenders

2) 730 ILCS 5/3-6-3(4.6) is an glaring obfuscation designed to add additional layers of Punishment to a targeted and vulnerable group, Sex Offenders; This is a Hate Crime!

3) 730 ILCS 5/3-6-3(4.6) is an attempt to usurp established Illinois Determinate Sentencing Law for a targeted, vulnerable group, Sex Offenders! This is a Hate Crime!
   a) Determinate Sentence! Sentences for fixed terms such as for 36 months. Offenders may be released early for good behavior or on parole before they finish serving a determinate sentence.

4) 730 ILCS 5/3-6-3(4.6) allows defendants to further engage in "Hate Crimes" as they are subjectively allowed to keep only Sex Offenders confined to what amounts to Indeterminate Sentences which are banned in Illinois. This statute targets and punishes only Sex Offenders and is clearly a "Hate Crime!"

81

5) Defendants whom have conspired to create statutes such as 730 ILCS 5/3-6-3 (4.6), 730 ILCS 5/3-3-7(a)(7.7); 720 ILCS 5/11-9.4-1, 730 ILCS 5/3-3-7(a)(7.6), etc. which solely target sex offenders, have created what equates to a "Perfect Storm" to keep Sex Offenders incarcerated. This is a "Hate Crime"!

6) The defendants in 730 ILCS 5/3-14-3(1) are mandated to assist offenders with employment counseling, job placement services, and assist them with residential placement. Sex Offenders recieve none of these services, purposefully to keep them incarcerated.

20) Although the Illinois Supreme Court in People v. Cornelius 213 Ill. 2d 178 821 N.E. 2d 288, 240 Ill. Dec. 237 (2004); People v Melchow, 193 Ill. 2d 413, 739 N.E. 2d 433, 250 Ill. Dec. 676 (2000) ruled that the Sex Offender Registry and other restrictions associated with it did not violate RSO's Constitutional Rights as they are written. We however, argue that the "application" of the SORA Scheme as identified in this litigation constitute "Hate Crimes" as applied by defendants.

Plaintiffs assert that if any other vulnerable persons or group of persons were subjected to Sex Offender type statutes it would immediately be deemed a hate crime.

e.g. All Black People, and Poor/Indigent white people will not be allowed to participate in Work Release Programs; recieve any statutory sentence credit, no Good time, or extra Good time without participating in crime prevention treatment, they will recieve no school good time all, but every other offender will, if MSR is approved by the Prisoner Review Board then IDOC Counselor's, Clerk's, Parole Supervisors will work together to ensure that any host site that is submitted by offender is denied while not assisting offenders as 730 ILCS 5/3-14-3(1) states, This group is to be kept incarcerated past MSR Dates, Past Sentence Completion as long as we like if they dont have a acceptable housing site! (This would certainly be viewed as unconstitutional and an eggregious "Hate Crime" on a protected group)

9)

21) Under 730 ILCS 5/3-6-3(4.6), Sex Offenders who successfully complete Sex Offender Treatment must rely on the Director of the Illinois Department of Corrections to award him/her sentence credit. The Illinois Legislature has left it at the Directors sole discretion to award Sex Offenders sentence credit at whatever rate he/she determines! This is the only group where there is such a biased, targeted, mandate! "This is a "Hate Crime"

a) Sex Offender Classes should not be mandatory as they are left in the hands of subjective instructors/counselors and Directors etc. whom wields too much power! These entities consistantly display their bias towards RSO's and rarely answer Sex Offender requests and or complaints.

b) These Sex Offender classes are designed to only pass those students who admit guilt!

c) When Sex Offenders are found guilty in a court of law their punishment for that crime should be adjudicated with time to be served in prison, Mandatory Supervised Release Time and Registration Requirements!

d) Ex Post Facto requirements to attend 50 classes, and to admit guilt before completion of classes is acknowledged and Sex Offender can "Possibly" recieve sentence credit that those whom commit other crimes and simply sleep all day in prison automatically recieve with no classes, treatment, or stipulations; is extremely harrassing and unconstitutionally prejudicial!

e) This policy has no rehabilitative qualities and is biased, unconstitutional and punitive in its application, towards one particular targeted and vulnerable group, making it a "Hate Crime"!

f) If there is no reduction in Lifetime registration or 10 year Registration then Sex Offender Classes in prison and on Mandatory Supervised Release should be strictly voluntary!

g) The SORA Scheme "Hate Crimes" being committed by defendants highlight their belief anyway that Sex Offenders cant be rehabilitated!

h) While others sentenced to prison automatically recieve Statutory Good time. Sex Offenders don't! While others who take college and or G.E.D glasses recieve "Extra Good Time" Sentence Credit, Sex Offenders recieve none! While other recieve "Good Time" Sentence Credit for Treatment Program Involvement, e.g. Drug Treatment, Sex Offenders recieve none! Sex Offenders only become eligible to "Possibly" recieve a portion of the Statutory Sentence Credit that others automatically recieve, after what noone can define as completion of Sex Offender Treatment. Even after that, are required to be subjected to recieve whatever percentage the Director awards them, if he/she even answers Sex Offenders request at all, which they often don't. This is a "Hate Crime"!

22) The stigma associated with sex offenses invite Bias from Courts, Legislature, Public-At-Large, Parole Officers, Probation Officers, etc., which in turn take their disdain out on Sex Offenders by creating biased and prejudicial policies/legislation on this vulnerable group! The very same actions on many other group is classified as a "Hate Crime!" However, since the targeted/complaining group is Sex Offenders, it is viewed as, "They deserve "Cruel and Unusual Punishment!" We contend that this is a dangerous unethical approach for the Legislature and Judiciary to take and for Society to accept! These are targeted "Hate Crimes"!

23) Defendants adaptation and application of SORA sheme denies Sex Offenders basic Housing Rights guaranteed to all and Freedoms guaranteed to all after "Paying their Prison Debt to Society!
a) "Housing is a Right, Not a Privilege!"
b) "Freedom after incarceration must be for all, not some.

24) Defendants manufacture reasons to incarcerate or reincarcerate Sex Offenders through their illegal application of SORA, costing the State of Illinois, Millions in revenue, Yearly Parole cost for RSO is $2000.00 and $26,365 per year to incarcerate.

11)

25) The SORA Scheme as applied is a "HATE CRIME" because it has Registration Restrictions, Residency Restrictions, employment restrictions, restrictions where he/she may be present, Driving Restrictions, change name restrictions, rest of lifetime subjected to Government Surveillance, restraint, and Sex Offender must alter behavior in a manner different than the vast majority of the Public never will.

a) IDOC- Illinois Depart of Corrections
This defendant states that one of their goals is to correct offenders behavior. However, defendant has taken a different approach when it comes to Sex Offenders and simply desires to warehouse them in Prison "Forever".

b) The application of the Host Site requirement for Sex Offenders violates constitutional rights as IDOC is inprisoning SO's past their release date with no authority to do so! 730 ILCS 5/3-14-3(1) requires that IDOC and it's Counselors assist with residential placement (emphasis), employment counseling and job placement Services. IDOC and its Counselors do not assist with these services and have no repercussions! IDOC has illegally used the Host Site requirement as permission to hold Sex Offenders past their Parole Discharge dates and past their sentence completion dates. This is "False Imprisonment"!

c) Sex Offenders should be released on Parole even if they are homeless due to the following:

1) Sex offenders have PRB mandated electronic monitoring

2) Parole officers can assist "Homeless Sex Offenders" with obtaining cellular phones through Illinois Department of Human Services and can monitor them through Cellular Tower and like technology which alert Parole Officers if an Offender nears or enters an exclusion zone!

3) The "length of sentence" just as offenders whole committed other crimes is the rehabilitation that IDOC solely offers Sex Offenders, then self servingly and obfuscationsly applies Treatment Classes and other restrictions solely as Punitive Measures! Reintergration to Society should be the main goal, not extended illegal incarceration which violates constitutional rights!

4) The Legislature has no authority to extend sentences and neither does the IDOC or any other defendants due to non-compliance with the nefariously applied "Host Site Requirement"!

5) Sex Offenders have equal protection under the law and deserve the same freedoms as other citizens whom have successfully completed the portion of their sentence which makes them eligible for Parole, or the same freedoms as those who have completed their court imposed sentence! Defendants have no right to extend Sex Offenders Sentences.

26) Plaintiffs contend that the Sex Offender Registration Act (SORA) is an Unconstitutional "Hate Crime" as it stands alone, as well as a "Hate Crime" in its "application" by defendants. SORA and the application thereof by defendants, directly contravenes the 1st, 5th, 8th, and 14th Amendments in that its intended application and actual application places Lifelong Affirmative disabilities on a single targeted group.

27) SORA statutory scheme is recognized by Illinois Appellate and Supreme Court as well as Plaintiffs, as a scheme that "Grossly impedes a released Sex Offender's ability to re intergrate into society after serving his/her sentence!

28) Coupled with The Illinois Legislature's, as well as Defendants "Blatant" disregard of the Civil Rights Fair Housing Act of 1968 which prohibits Discriminatory Housing Practices, along with all of the aforementioned targeted discriminatory practices towards a certain class of people, namely Sex Offenders, we the Plaintiffs declare the SORA and its application is an eggregious "Hate Crime", and when Sex Offenders complain, grieve or file litigation against SORA "Hate Crimes", they are treated with extreme indifference! We plead with this Honorable Court to adopt our Declaration and rule SORA and its application by all Defendants, a "Hate Crime"! We assert that SORA is destroying not only Sex offenders lives, but their families, and one Illinois Community after another through it Nefarious roots and malicious and vindictive application by defendants!

(13)

29) Jurisdiction-

Plaintiffs assert that United States District Court has jurisdiction over this matter as all actions have occured/occuring in Illinois. U.S. District Court is the correct venue as defendants have violated Plaintiffs and others Constitutional Rights "Under Color of State Law" Federal Law 42 U.S.C. §1983 allows us to sue State and City, prison, jail, parole officials and guards if they deprive us of our rights under U.S. Constitution or other Federal Law.

30) Pursuant to Local Governmental Employees Tort Immunity Act 745 ILCS 10/1-101 et. seq. at all pertinent times. All defendants, were acting in the course and scope of their employment. 745 ILCS 10/1-101.1 only grants immunities and defenses to public entities and public employees that are available to any Private person! It does not offer "Blanket Immunity" to wrecklessly and wantonly break laws and violate Constitutional and Civil Rights!

Plaintiffs may file a lawsuit against "Anyone" who deliberately or carelessly injured them, or damaged or destroyed their property. In the numerous claims brought forth in this lawsuit, defendants were both negligent and intentional in causing injury and damage to Plaintiffs, which should be identified as cruel and unusual punishment.

31) Plaintiffs whom are mostly confined to St. Clair County Jail have been relegated to using Jailhouse Lawyer Cameron Belk Sr. to prepare litigation due to us not having a physical Law Library, or any Legal Aid at all. Plaintiffs only have a poorly working electronic kiosk application that "freezes" often and has a search function that does not work "intentionally"! (E.g. algorithm calls for different results than search function criteria) Thus, Mr. Belk who is a handicapped individual, and is not an Licensed Attorney, is our only resource to file litigation with this Honorable Court!

32) We, Plaintiffs believe that we have properly stated our claim even in the absence of access to the Courts.

14)

Cont. 32) Thus, we state, "The handwritten pro se document
is to be liberally construed, as the Court unanimously
held in Haines v. Kerner 404 U.S. 519 (1972), a pro se
complaint, "however inartfully pleaded," must be held to
"Less stringent standards than formal pleading drafted
by lawyers" and can only be dismissed for failure to
State a Claim if it appears beyond a doubt that Plaintiff
can prove no set of facts in support of his claim which
would entitle him to relief," Id. at 520-521, quoting,
Condy v. Gibson, 355 U.S. 41, 45-46 (1957)

33) The balance of equities favors the Plaintiffs in this
case in that continuing punishing Sex Offenders under
the Sex Offender Registration Act (SORA) with its
illegal and unconstitutional application thereof, are
greatly outweighed by damage Physically and Mentally
that Plaintiffs and others are suffering from defendants.

34) a) Wherefore Plaintiffs pray that this Court enter
judgement against Defendants in the amount of at least (eighty)
$ 8000 Million U.S. Dollars in Compensatory Damages
and that the Court enter such other further relief
as is just and proper.

b) Order that Defendants establish a Sex Offender
Reintegration Fund for newly released offenders
valued at $ 100 Million U.S. Dollars

c) Order that Defendants establish a Sex Offender
Fund to address Sex Offender Homelessness valued
at $ 100 Million U.S. Dollars

d) Assign a Special Master to investigate Illinois
Prison Counselors non compliance with 730 ILCS 5/3-14-3(1)
and insure that all prisoners whom are currently being
held past their Parole and sentence completion dates
due to "Host Site Requirement" are immediately released
and requirement is abated

35) We Pray this Honorable Court approves this
motion of great importance.

Our current addresses are as follows

1) John Durst Jr.
   St. Clair County Jail
   700 N. 5th Street
   Belleville, IL 62220

2) David Hatcher
   St. Clair County Jail
   700 N. 5th Street
   Belleville, IL 62220

3) Benjamin Ingram
   St. Clair County Jail
   700 N. 5th Street
   Belleville, IL 62220

4) Lucas Schmerbauch
   St. Clair County Jail
   700 N. 5th Street
   Belleville, IL 62220

5. Hannibal A. Hagan
   918 S. 6th St.
   Belleville, IL 62220

6) Brandon Thrower
   St. Clair County Jail
   700 N. 5th Street
   Belleville, IL 62220

7) Derek Burton
   2512 Dutch Hollow Rd.
   Belleville, IL 62220

8) Michael M. Anderson
   St. Clair County Jail
   700 N. 5th Street
   Belleville, IL 62220

9) 

10) Chandler E. Saso
    St. Clair County Jail
    700 N. 5th Street
    Belleville, IL 62220

11) Walter Payton
    St. Clair County Jail
    700 N. 5th Street
    Belleville, IL 62220

12) Cameron Belk Sr.
    St. Clair County Jail
    700 N. 5th St.
    Belleville, IL 62220

13) Marcus Allen Tunstall
    St. Clair County Jail
    700 N. 5th Street
    Belleville, Il. 62220

16)

Witnesses that have direct knowledge and testimony

1) Cameron Belk Sr.
2) Christopher McNeal
3) Demetrius Blue
4) Mark Hatcher
5) Jessica Hatcher
6) Steve Campbell
7) Josh Dragert
8) Amber Pisarski
9) Joshua Durost
10) Jaden Bradley
11) Sarah Pisarski
12) Kenny Jordan
13) Tim Bradley
14) Hugo McQuade
15) Mike Wilson
16) Felicia Jordan
17) Jennifer Pisarski
18) Matt Pisarski
19) Delarious Mason
20) Kenaya Solon
21) Danielle Mosely
22) Shenika Wagner
23) Oriel Wagner
24) Ava Freeman
25) Christopher Warlock
26) Tyler Cain
27) George Most
28) Shane Kitterman
29) Christopher Knick
30) Brandon Thrower
31) Walter Payton
32) Robert Sullivan
33) Roderick Whittaker

34) David Mattingly
35) Dakota Monroe
36) Chandler Sasso
37) Joshua Householder
38) Deandra Hickman
39) Jeffery Moody
40) Sherrie Ford
41) Lola Payne
42) Victoria Bever
43) Jeffrey Moody
44) Walter Payton

(17)

**Closing    Statement :**

SORA and its Application and Intention by Legislature with all of its suppressive, Non-Rehabilitative restrictions and all its targeted menacing of a vulnerable group with disabilities (Sex offenders), by all defendants, most certainly constitutes an egregious "hate crime" that is manifestly injurious to sex offenders, and through an entrenched devised oppressive scheme designed to deny Sex offenders Constitutional liberties that other citizens are afforded without interruption, essentially banishing sex offenders from "freedom until death"! We cite Morrissey v. Brewer, 443f, 2d 942, 953 (8th Cir. 1971), where Chief Circuit Judge Donald Lay dissented in 1972, "The denial of Due Process in Parole Revocation Simply mirrors society's overall attitude of degradation and defilement of a Convicted felon. It is sad 20th Century Commentary that society views the Convicted felon as a social outcast. He has done wrong, so ~~society views the~~ we rationalize and Condone punishment in various forms. We express a desire for rehabilitation of the individual, while simultaneously we do everything to prevent it. Society cares little for the conditions which a prisoner must suffer while in prison; it cares even less for his future when he is released from prison. He is a marked man. We tell him to return to the norm of behavior, yet we brand him as virtually unemployable; he is required to live with his normal activities Severely restricted and we react with sickened wonder and disgust when he returns to a life of crime!"

We the Plaintiffs find it shameful that it is now November, 2021 (nearly 50 years later) and not only have conditions been "allowed" to worsen for felons, but Legislature and defendants have, by design, created laws, ordinances, and surreptitious entrenched policies and practices ("Hate Crimes") to intentionally harrass and reincarcerate felons whom are Sex Offenders.

We plead with this Honorable Court to accept this valid lawsuit! With this court standing up for Justice, together we can abate these hate crimes once and for all!

18)

We, the undersigned have read & acknowledge
that by our printed names below participate
in this litigation:

1) John N Durost Jr.
2) David Hatcher
3) Benjamin Ingram
4) Lucas Schmerbauch
5) HANNIBAL Q. HAGAN
6) Brandon Thrower
7) Derek Burton
8) Michael M. Anderson
9) Chandler E. Saso
10) Walter Payton
11) ~~Jeffrey Mealy~~
12) Cameron Belk Sr.
13) Marcus Allen Tunstall

Please see our attached Affidavits!


Litigation prepared by us all with assistance
of jailhouse lawyer Cameron Belk Sr.

19)

## Case Law

1) Powell, 392 U.S. at 567, 88 S.Ct. 2145 (Fortas, J, dissenting)
(declaring that "criminal penalties may not be inflicted upon a person for being in
a condition he is powerless to change)

2) Paul Murphy et. al v. Kwame Raoul, IDOC 380 F.Supp. 3d 731 (N.D. ILL 2019)

3) Cameron Belk Sr. v. State of Il. Dept. of Corrections, et. al 13-CV-841-JPG

4) Shane A. Kitterman v. City of Belleville et al 319-CV-0051-GCS

5) Raines, 521 U.S. at 819 (declaring that the limitations of housing opportunities is
a sufficient "concrete injury"!)

6) Am. vs. City of Jacksonville, 508 U.S. 656, 666, 113 S.Ct. 2297, 1211 L.Ed.2d.
586 (1993) (When the government erects a barrier that makes it more difficult
for members of one group to obtain a benefit than it is for members of another group
to obtain a benefit than it is for members of another group, a member of the former group
seeking to challenge the barrier need not allege that he would have obtained the benefit
but for the barrier in order to establish standing.")

7. Doe v. Tom Miller et al 303-CV-90067 U.S. Dist Ct, S.D. Iowa, Feb 9, 2004

8. Morrissey v. Brewer, 443 f. 2d 942, 953 (8th Cir, 1971) (en banc) (Lay, J.
dissenting) rev'd 408 U.S. 471, 92 S.Ct. 2593, 33L. Ed.2d 484 (1972)

9. People vs. Tetter 121 N.E. 3d 434 (Ill. App. 3 Dist. 2018) Justice Schmidt declared,
"Our Sex Offender Statutes satisfy the traditional definition of punishment,
(citing published legal philosophy, the Snyder Court defined "punishment" as
involving pain or unpleasant consequences from an offense against the law."

# Letter of Affidavit

I hagan, hannibal amaru (BRADSHAW GENARD NUNNALLY) was detained unlawfully by the St. Clair County Sheriffs. For case number 21CF5101. This is a hate crime under Section 3A1.1 Hate Crime Motivation or Vulnerable Victim. Please see also lawsuits In St. Clair County Court Belleville Illinois Bell vs. Watson 20CH0327 & McNeal vs. Watson 21CH0026 to get a perception of the terrorism within this county jail.

I am an active Chief Warrant Officer of the United States Army who have been restricted from making contact to my command. A warrant was issued (Supposedly) for my detainment after I gave notice to public officials giving them notice of my status as a Private American Indigenous National, residing in Belleville Illinois. Two police agents arrested me on 08 January 2021, thereafter.

I initiated the Sovereign American process after I discovered my nationality as a Wasitaw Muur National (Cherokee, Muskogee-Creek clan).

I sent more verifiable documents of my Sovereign Status to the St. Clair County Sheriff department that Further identifies me as a living man and not a Corporate person. These public officials including the Executive Administrators (Judge) ignored all the documents submitted.

I also formally plead guilty for the Cestui's Que Trust (Double Jeopardy) during the preliminary hearing in which the Judge revoked and changed to not guilty. Please send federal agents to assist me out of this terrorist environment.

Sincerely,                    by:  hagan, hannibal amaru
                              Cw3  hagan, hannibal amaru

St. Clair County Jail          918 S. 6th St
700 N. 5th Street             Belleville, IL 62220
Belleville, IL 62220

To whom It may concern

my name is Derek Burton #416517 and I am currently being detained in predrial confinement at the St.Clair county Jail in Belleville, Illinois I was arrested on September 2, 2021 on the charge of failure to register by detective Green of the Belleville Police Dept. I am a registed Sex offender whom at the time of my arrest was current on registration. my address is 2512 Dutch Hollow road Belleville, Illinois 62220. I am currently on a 2 year probation. my probation officer is chris English out of the Belleville prole office. I have followed all the rules and conditions of registering requirements and probation requirements Approximately around August 9, 2021 detectives pulled up to my residence, all the way to the front door after Driving through my lawn. Detectives asked my Aunt's boyfriend whom had Briefly stopped by for a visit If I Lived there. He stated "No!" However, my Aunt oriel wagner come downstairs and corrected him! A few days later another Detective Green come to my house and interviewed my cousin Delarious mason on video tape whom is a 17 year old minor. The Detective did not have my Aunt's permission to interview my minor cousin! my cousin however did verify that I lived at 2512 Dutch Hollow road. I called Detective right after that and asked If I was in trouble or something and he replied "No, I'll let you know If you're in trouble or not." I was supposed to register on September 3, 2021 but I showed up a day early on september 2, 2021 Detective Green told me I was spending too much time outside my house, but I didn't have a curfew! I Spend with my son and his mom and returned home each night. I was charged with failure to register Because I wasn't home when Detectives decided to pay a suprise visits! the Detective could have simply called me if they wanted to talk to me! they should have watched my house and they could have seen that I come home Between 11:00 pm and Approximately midnight every single night. I have never failed to register! This policy of misrepresenting or misinterpting registration rule needs to stop. I have always followed my probation rules and continue to be horrassed! I believe that I am part of a group of sex offenders, that have disabilities and are identified as societal leapors, and are being targeted by Belleville police, probation Dept. ect. This is a classic Hate crime that I cant not defend myself

from due to my vulnerability as being identified as a RSO!
The aforementioned have a well orchestrated plan of harrassing,
bullying, intimidating, and purposefully trying to deprive RSO's
of their constitutionally guaranteed liberties!
I pray you can help stop these hate crimes!


Date 9-17-2021                    X Derek Burton
                                  Derek Burton #416517
                                  St. Clair county Jail
                                  700 N. 5th Street
                                  Belleville, Il. 62220

To whom it may concern:

My name is John Durost and I have been a registered sex offender on the Illinois sex offender registry since I was 19. In that time I have been harrassed repeatedly, by the Belleville police department over the years including watching my childern's house from the parking lot of the Auffenberg auto dealership as well as on abandoned boor behind their house. They have made me wait for hours to register deliberately inconveniencing me making things confusing for me and them asking each other questions that are confusing. Have come to my place of employment asking questions and telling other about my case. The police have said awful and emberrassing things about me in front of my family member and friends, all of which were untire, one police officer told me that I have a seven o'clock curfew to obey. I have neither a curfew nor any conditions of probation or parole. Their laws are confusing and contradictory. I was sentenced to two years at fifty percent for failure to register. The presiding Judge told me that I was eligible for all good time based on education as well as six months retroactive good time. However the warden at Robinson correctional facility made me do all twenty four months of my sentence discriminating against me despite my following all proper procedure paperwork and following all proper procedures in Grievances to All the right people in Springfield and the prison when upon my project outdate. I attempted to use my stepfather's residence or my place of registry it was denied for no reason when I have used it before. I asked to be sent to halfway houses in East Saint Louis and springfield before covid-19, but this was also denied. Neither was I provided with access to any resources indicating acceptable alternative housing because the rules for parole differed from the sex offender registry. I was discriminated against for an 18 year old case. The total effect has been hard and has destroyed my family who do not understand how the state can get away with a campaign of harrassment like this while I appreciate their support they have a hard time comprehending the difficulties inflicted on the individual by the sex offenders registry. etc. It has especially impacted my relationship with my yougest son, who cannot understand why I keep being taken out of his Life when I have committed no crime. The state has attempted to obliderate me my mind, body and soul but I will resist it. I will Always

be a good man do my family. I can not keep giving them years oud of my life for no reason.

my next annual registry with Lenzburg, IL police is 10/27/2021.

Dated: 9/24/21

X John Durost

John N Durost #316391
St. Clair County Jail
700 N 5th Street
Belleville, IL, 62220

10/3/2021

To whome it may concern,

My name is Michael M Anderson and I am currently detained at St. Clair county jail, Belleville IL. My life since being released from prison in 2018 has been flipped upside down and destroyed because of the Sex Offender Registry.

The largest impact by far has been on my mental health, from never being on medication to now dealing with depression and severe anxiety due to my restrictions and the constant possibility of returning to prison and my time in St. Clair county jail observing and hearing countless beatings, waking up in the middle of the night to grown men being beaten, screaming for help and mercy that seldom came.

My brother had a baby girl in 2019 and because of the restrictions set upon me by SORNA and additional restrictions from sex offender treatment programs has greatly distanced me from my brother and his family which was a very large part of my support group

In conclusion I am now on anti-Anxiety and Anti-depression medication, afraid to answer phones, enter the Belleville Police Dept. and the sound of Car doors give me severe anxiety and sometimes panic attacks because of the fear of a mistake and returning to jail or prison.

Michael M. Anderson
M. Anders
10/3/2021
700 N. 5th st
Belleville, IL 62220

I, Lucas Schmerbauch, was arrested with an unecessary amount of force. I was staying with my aunt and told me not to answer the door for any one without her present. When the police came to the house they only knocked on the door for a minuete and only said "Police department" and nothing else. After around ten or fifteen minuetes the U.S. marshalls came and only anouced themselves when they hit the door and broke the window in said door. I then opened the door, avoiding the broken glass on the floor. The officer behind the door had a sheild and pointed his gun at my head and said "Put your fucking hands up!" I complied and aske "Can I get my shoes sir?" he then said "Get the fuck outside!" So I was walking out doing my best to avoid the glass when another officer then pointed his rifle at me at me and said "Why the fuck are you walking like an idiot" then as he said "Get the fuck on the ground" he kicked me in the back of my leg and threw me on the ground landing on my face. Then they ripped me off the ground after handcuffing me then escorted me to a detective's suv where they told me I had a warrant, then took me to the county jail. To the result of the broken window my aunts house got robbed.

Lucas Schmerbauch   9-30-21

When I was placed In a block Ms. Chambers took my cane away and told me it will be placed in Infermery office and brought to me when needed to walk down hall for shake downs and any other time I leave the block. Some times they bring it sometimes not. When they do bring my cane it has a picture of me with my name and In big letters it said I being charged with sexual assault on a child. It is left were all inmates can see it when they come for sick call. It has caused problem for me. Emit Turner has stollen $15 of comisary from me because of it. When I was in infermery after surgery on my left ankle I was told by at least 2 inmates that Emit Turner admited to stealing and spreading rumers about me because of what he read on my cane. Some of the guards I do not know the naomes of have told me they don't like me because of what was on my cane. Ms. Chambers cussed me out and asked me If I am alwayes perverted and violent when I got angry at a inmate for calling me a child malester. I told her I am angry but not a child malester to remove that off my cane. My charge is Transporting with intent of sexual criminal activity. There is nothing in that charge said any thing about a child.

October 3rd, 2024

To whom it may concern,

On this date make the following statements of my own free will, not having been promised or force to do anything. Since being convicted as a sex offender, I have been driven to beover-thinking things to find out all my fears are validated by societies treatment of me. I have been hire, only to be fired later that day or week before starting or reporting for work on the shift I was to start on. And this is after scoring highest on a test for things like safty and the ability to work with others, etc. Also this has also affected my ability to find housing even when following and staying with-in all sex offender guide lines. I feel nervouse and anxious when around other people when I don't mention or disclose to other that I'm a registered sex offender. Having and being around other peoples kids make me uncomfortable.

I can say this for sure, before my sex offender conviction I never felt inferior or weak and powerless around women, I can't tell my left hand from my right because the local Police make up their own rules as they see fit by lieing to you and violating your consitutional rights. All my male friends have Grand-children as well as myself I don't attend local High School football games or Little League Base Ball games because I'm afraid what some one might think. I sat in one room for twenty years for a crime that I never pleaded guilty to. I still feel like I'm sitting in that room. Please, it is my hope and prayers that this Court will modify the sex offender Registration Act.

Thank you!

Jeffrey Moody

I Brandon thrower have Been locked up in stclair county Jail on a Sex offence case and will have to register as a Sex offender. I have heard Several Stories about the sex offender registry for example, how you can not leave home without being harrassed at work or go places more Then 3 days and that you cannot go home after serving a sentence at prison without a address I am deeply worried about Life after serving my sentence Which I have served my time and feel I should have my Life back.

X  Brandon Thrower
Brandon Thrower
700 N 5th Street
Belleville, IL, 62220
St. clair county Jail

To whom it may concern;

My name is David Hutcher, I'm a registered Sex Offender and the years of

From 2014 to the present on multiple occasions I have as well as the owners of cars Ive driven have been unlawfully tailed by Mascoutah Police Department Squad Vehicles, from the time the car/vehicle driven would pass until the vehicle driven either left Mascoutah Jurisdiction or until the vehicle driven would turn into the subdivision of my residence on occasion following until the vehicle driven stopped at or pulled into the residence of registration or motomart in Mascoutah.

From 2014 to the present there have been multiple instances of Mascoutah Police Department interfereing with my families and my own social lives and my work life unlawfully. On occasion while out doing their beets Officers have questioned friends about what Ive been doing lately, where Ive been staying, and who else Ive been hanging out with. The Mascoutah Police Department has parked Squad Vehicles outside the residence registered on multiple occasions, Once I witnessed this after doing what I could to calm my psyche, I got the chance to ask if everything was alright the officer responded coldly and threatining manner they were responding to a call and if they had been there for me I'd definately know it. An officer also took it upon thianself to release false information from what would have been a sealed case to neighbors who had children my children had made friends with, My job at Jeffersons in Mascoutah was cut short due to Mascoutah Police Detective Jared Lambert bullying my boss into taking me off the schedule from what co-workers had said and I overheard he said the store or my boss could recieve a fine for impeding an investigation if he didnt take me off the schedule.

From 2020 to present when arresting officers were asked to provide a warrent Mascoutah Police Department officers refused due process and instead Assulted me as they pleased and wouldnt let me comply physically pinning one arm not allowing movement and kicking, tazing; manipulating joint

muscles, possibly breaking my arm and also verbal slander due to items in my possession I had every right to carry bringing up the initial victem and saying things along the lines of offending again because I had 2 condoms in my pockets.

   For most of my registration I have been fearful of police and when mental issues have gotten worse not better due to how police treat registrents of the SORA when they are there to protect and serve unconditionally and to all citizens not just who they feel they should instead of commiting offences and allowing a brotherhood of boys in blue to cover their crimes up. Calls for SORA to be taken down for future generations to be Allowed due process fair treatment ant the right to a life not having to be afraid of someone doing them harm and the system thats there to protect ALL citizens from it taking advantage of them as it has taken advantage of and victamized me to many

                                    D.P.V.
                                Oct 4, 2021

## Affadavit - Benjamin Ingram

Being a registered sex offender has reduced me psychologically to something antogous to the hunted child murder played by Peter Lorre in Fritz Lang's "M": shadows deepen, the world appears strange and hostile, and I feel pursued by angry social powers hovering above my head.

I have become an angry, bitter recluse: why venture out of the house if my mere presence can trigger an arrest? The Italian theorist Giorgio Agambien has discussed the Roman legal construct of Homo Sacer, used by the ancients in the context of regicides expelled from civil society, to describe the sex offender: cut off from the rights of his fellow-men he wanders the earth like Ahasuerus, nowhere to call home. Better not to avail myself of life's possibilities than to risk exposure.

For example, one woman I dated, an intelligent young associate proffessor expressed great disdain for sex offenders in our earliest conversations, which profoundly and negatively influenced the course and tenor of our relationship. The instability this system of registration has imposed on my life cost me another relationship to my lasting shame; I struck her on several occasions for reasons relating to arguements surrounding my fundamental unemployment-ability. I feel alien and other, divorced from the mainstream of American life. I have become what sociologists call a NEET: someone Not in Education Employment or training the less point there seems to be in pursuing any of these options, the wider seems the gulf between bourgeais civilization and myself. I notice the hypocrisies in society more; I am less charitable I am also fearful. I have read several accounts of sex offenders being brutally murdered in acts of what is tantamount to state-sanctioned vigilantism and I grow to view the state as inimical to my interests. Such an immiserated psychological state is unsustainable - I expect to die young, as a consequence of an apathetic lifestyle resulting from president clinton's Sex offender registry.

The most galling element is the essential social hypacrisy at the heart of clinton-Biden's SORA regime! The Public registry vilotates Supreme Court Justice William Douglas' "Penumbral" right of privacy at the heart of roe v. wadley one of the great pieces of 20th century feminist Jurisprudence; far from ensuring the safety of women, SORA implicidly undermine, one of the bulwark Judicial acts vouchsafing their liberties: a court hostile to abortion rights could easily cide this abysmal legislation as an argument against the implicit right to privacy. More hypocritical sidl is SORA's "Penumbral" nature as punishment After decades of winx-nod rulings holding that SORA is only regulatory, and not punitive, we suddenly are confronted with the decision in people v. Tetter (121 N.E.3d 434), in which the Third District's Justice Schmidt held the following:

"
our sex offender sadutes satisfy the traditional definition of punishment. citing published legal philosophy, the Snyder court defined "punishment" as involving pain or unpleasant

consequences from an offense against the law."

Finally, I here advance my most radical charge against SORA: that is uses pseudo-psychiatric language, the eliminatory language of the "child predator" against a legitimate sexual orientation: Minor-Attracted Persons, or MAPs, formerly identified in the Diagnostic and Statistics Manual as individuals suffering from a pedophilic disorder (and hence a protected, disabled class under the Civil Rights Act of 1964). This has been recognized as a legitimate orientation as far back as weimar Berney; when pioneering sexual psychologist Magnus Hirschfeld advocated for the rights of "pedophiles" in the face of militant, and eventually murderous opposition. It is my belief that the unrelenting social animus against MAPs will subside with changing material conditions — the introduction of lifetime animatronic robots, MAP-friendly Japanese culture, and accelerating social development of teenaged minors. And, too, a re-examination of relationships like that between president thomas Jefferson and Sully Hemmings will aid in this.

This is my truth; in the case, I believe it to be the truth. I defy the clinton-Biden SORA regime and its invitation to extermination. I will live.

Regards,

October 3rd, 2021

To whom it may concern,

On this date make the following statement of my own free will, not having been promised or forced to do anything. Since being convicted as a sex offender, I have been driven to be overthinking things to find out all my fears are validated by society's treatment of me. I have been hired, only to be fired later that day or week before starting or reporting for work on the shift I was to start on. And this is after scoring highest on a test for things like safety and the ability to work with others, etc. Also this has affected my ability to find housing even when following and staying within all sex offender guidelines. I feel nervous and anxious when around other people when I don't mention or disclose to others that I'm a registered sex offender. Having and being around other peoples kids makes me nervous.

I can say this for sure, before my sex offender conviction I never felt inferior or weak and powerless around women. I can't tell my left hand from my right because the local police make up their own rules as they see fit by lying to you and violating your Constitutional rights. All my male friends have grand-children as well as myself. I don't attend local High School football games or Little League baseball games because I'm afraid what someone might think. I sat in one room for twenty years for a crime that I never pleaded guilty to. I still feel like I'm sitting in that room. Please, it is my hope and prayers that this court will modify the Sex Offender Registration Act.

Thank you!

Jeffrey Moody

1)

To Whom it May Concern,

My name is Cameron Belk Sr. and I state the following:

The Illinois Legislature initiated the Sex Offender Registration Act, not as a Community Safety Initiative or Rehabilitative Initiative, but as a way to continually punish those convicted of Sex Offenses. One can easily prove that the Legislative intent of SORA is Punishment, as many who run for election or re-election to Legislative Office run on the premise and platform of being "Hard on Crime" and their targeted punishment of "Sex Offenders" and their opponents lack thereof! In the United States of America, as a former U.S. Marine, I find it unfathomable that "Freedom" and "Justice" is now only for some Americans.

If one was to take the SORA legislation and merely replace the word, "Sex Offender" with alternative words such as; Gay, Lesbian, African American, Jew, Caucasion, Latino, Asian, Arab, Morman, etc., this malicious, vindictive legislation would not be able to stand, as Americans would somehow regain their moral fortitude and protest until change occurred. All would identify this Legislation as a punitive "Hate Crime"!

Many Courts have found that this blatant "Hate Crime" is not illegal or unconstitutional and have allowed their "Floating Morality Bar" to rise to unparalled heights only when it concerns Sex Offenders.

After serving a 42 month sentence the Illinois Prisoner Review Board approved my MSR date for January 12, 2010. That release date came and went with no communication from anyone. After that I requested and met with a Western Illinois Correctional Center Counselor, and a few days later I recieved a Parole "Host Site" violation that was unjust. I had never left prison, so how could this be? I contacted IDOC clerks, Parole Board, Prison Warden, IDOC Director, and others, but noone replied. I felt doomed and helpless, I wanted to give up! My children and family kept me encouraged. I was finally released on March 25, 2010 to a Halfway House in Springfield, Illinois. This nearly 3 months (72 days), I didn't know at the time was considered "Dead Time", which means its not deducted from Prison or Parole time! I just lost those days out of my life in what amounted to false imprisonment by the Illinois Department of Corrections.

2)

The Prisoner Review Board and IDOC Director and IDOC Clerks imposed a 4 year MSR on me when the Statute clearly stated that my conviction carried a 2 year MSR (Mandatory Supervised Release) period! I contacted IDOC Clerks, Trial Judge, Prisoner Review Board, IDOC Director, and others to no avail! I also petitioned East St. Louis Parole Supervisor Robert Lee who told me that he thought Sex Offenders should never be released from Parole. He told me that he knew I was probably correct about the 2 years MSR time but he wasn't going to help me! He warned me not to file a lawsuit and that I should shut up and do my Parole Time. I filed a lawsuit anyway, but finished 4 years Parole successfully before resolution of the lawsuit that proved I was correct and should have only served 2 years MSR. Staying in Prison past ones scheduled Parole Date or Prison Release Date, should never be seen as acceptable by the Public or most certainly those sworn to uphold Jurisprudence principles! I missed a free scholarship opportunity to SUNY college in New York due to extra 2 years of Parole restrictions. I was denied precious family time for 2 extra years, e.g. family reunion which was in Jamaica but Parole Supervisor denied my travel request. Noone to include the Legislature, Law Enforcement, Illinois Department of Corrections, etc. should be able to hind behind position and Power and exact blatant "Hate Crimes," on Sex Offenders. Imagine if you were in the Position of a Sex Offender and Justice, Freedom, Happiness, and the pursuit of the American Dream by "design" is no longer available to you, even after serving your prison sentence, but remains available for everyone else? Where will the morality carousel stop next? Who will be the "American Jurisprudence Hero" to set precedent and stop this "Horror Story"?
I am not seeking sympathy; what I seek is removal of the target on my back and a fair chance at LIFE!

Sincerely,
Cameron Belk Sr
Cameron Belk Sr.

10-5-2021

Oct. 7, 2021

To whom it may concern,

My name is Walter Payton, and I am currently a detainee at Saint Clair County Jail in Belleville, IL, accused, but not yet convicted, of a sex offense. On the morning of May 14th, 2021, I reported suicidal ideations to the staff here, because the correctional officers were harassing me, particularly Officer Reed and Nurse Melody, who called me a pedophile. They took me to the "quiet room", where they laughed at me and recorded me.

Walter Payton

My name is Marcus Allen Tunstall of 47 years of age. In 1992 when I was 17 years old I plead guilty to Sexual Abuse, and was sentenced to 3 years in IDOC. I was released in 1993 which I had no conditions of parole. I completed my parole in 1994 with no mishaps. In 1995 I caught a drug case which I was sentenced to 18 month in IDOC. My P.O for the drug case name is Carla Foote. In 1996 I was living in Caseville Ill, when Ms Foote come to pay me a visit in full military garb. Ms Foote informed me that I needed to come with her to the East st Louis Parole building. She then threaten that I needed to register as a Sex Offender and if I didn't I would be incarcerated. I tried to explain to Ms Foote that the registry was not a condition of my ~~parot~~ parole for the Sex Abuse case, She didn't care. I did it that day but was on the run for years of my life because the heavy Foote that was on my neck. I didn't get a second chance until I fled Ill and move to New York. The New York board of Examiner in Albany looked at my case and sent me a letter stating that I did Not have to register in their beautiful state. With that Foote of my neck I was able to live a life never afforded to me after my conviction in 1992. I joined a Episcopal church in Buffalo NY, started a buisness catering and was able to live a life without inhumane conditions. I only returned to Ill because in the Pandemic my children needed their father. Since back in Ill, Ive been prospecting for a job, and found a good one. I was staying in a hotel in Fairview Heights Where I was wrongfully arrested. My case is 30 year old, and I havent offended since, but was treated as so. This is not just justice for me, its also for my family

10-2-21    Marcus Tunstall    Marcus Allen Tunstall



ST. LOUIS MO P&DC 631
MON 11 OCT 2021 PM

MAIL CLEARED
US MARSHALS

Cameron Belk Sr. #468008
St Clair County Jail
700 N. 5th Street
Belleville, Il. 62220

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

Office of The Clark
Southern Illinois District
750 Missouri Avenue
East St. Louis, Il. 62202



RECEIVED

OCT 1 3 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Deposited in Outgoing Mail On 10-8-
-21